United States District Court
Southern District of Texas
**ENTERED**
October 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE ROBERTO JUAREZ-LUCIO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-00127 |
| § | |
| J.E. EDDIE GUERRA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Jose Roberto Jaurez-Lucio's action pursuant to 42 U.S.C. § 1983. (Dkt. No. 13). After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Alanis's Report and Recommendation entered as Docket Entry No. 13 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Alanis, is of the opinion that Plaintiff's action for alleged violations of civil rights under 42 U.S.C. § 1983 should be **DISMISSED.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED October 17, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge